EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                   | 2021 TSPR 134    |
|--------------------------|------------------|
| José R. Franco Rivera    | 208 DPR _____    |

Número del Caso:  TS-7,127


Fecha:  15 de septiembre de 2021


Abogado de la parte peticionaria:

    Por derecho propio


Programa de Educación Jurídica Continua:

    Lcda. María C. Molinelli González
    Directora Ejecutiva


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

    José R. Franco Rivera           TS-7127

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de septiembre de 2021.

    Examinada la *Moción en cumplimiento de orden* presentada por el señor José R. Franco Rivera, así como la *certificación* del Programa de Educación Jurídica Continua (PEJC), presentadas en el asunto de referencia, se reinstala al referido letrado al ejercicio de la abogacía.

    Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino. El Juez Asociado señor Martínez Torres no interviene.

                  Javier O. Sepúlveda Rodríguez
                  Secretario del Tribunal Supremo